| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Jose Manuel LOPEZ-RAMOS

Case No. Case: 2:23–mj–30491
Assigned To : Unassigned
Assign. Date : 12/15/2023
USA V. LOPEZ–RAMOS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 10, 2023_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about December 10, 2023, in the Eastern District of Michigan, Southern Division, Jose Manuel LOPEZ-RAMOS, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about August, 23, 2014, at or near Calexico, California and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: December 15, 2023

City and state: Detroit, MI

*Judge's signature*

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose Manuel LOPEZ-RAMOS, which reveals the following:

2. LOPEZ-RAMOS is a thirty-six-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about June 26, 2001, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Columbus, New Mexico. He was granted a Voluntary Removal and was returned to Mexico on the same day.

4. On or about June 29, 2001, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Albuquerque, New Mexico. He was granted a Voluntary Removal and was returned to Mexico on the same day.

5. On or about July 3, 2001, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Columbus, New Mexico. He was granted a Voluntary Removal and was returned to Mexico on the same day.

6. On or about November 21, 2005, LOPEZ-RAMOS was arrested by Pontiac, Michigan Police Department using the name of Emanuel Lopez RAMOS. He was charged with Misc. Public Order Crime, disposition unknown.

7. On or about October 26, 2006, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Otay Mesa, California. He was granted a Voluntary Removal and was returned to Mexico on the same day.

8. On or about October 28, 2006, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Otay Mesa, California. He was granted a Voluntary Removal and

was returned to Mexico on the same day.

9. On or about March 15, 2013, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Naco, Arizona. He was processed for Expedited Removal.

10. On or about March 18, 2013, LOPEZ-RAMOS was removed back to Mexico through Calexico, California.

11. On or about June 24, 2014, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Tombstone, Arizona. His prior order of removal was reinstated.

12. On or about June 25, 2014, LOPEZ-RAMOS was convicted for 8 USC 1325(a)(1), Unlawful Entry, and was sentenced to 60 days in jail.

13. On or about August 23, 2014, LOPEZ-RAMOS was removed back to Mexico through Calexico, California.

14. On or about May 9, 2022, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Laredo, Texas. He was removed the same day back to Mexico under Title 42.

15. On or about June 5, 2022, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Laredo, Texas. He was removed the same day back to Mexico under Title 42.

16. On or about June 6, 2022, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Laredo, Texas. He was removed the same day back to Mexico under Title 42.

17. On or about June 10, 2022, LOPEZ-RAMOS was arrested by Border Patrol Agents at or near Laredo, Texas. He was removed the same day back to Mexico under Title 42.

18. On or about December 10, 2023, LOPEZ-RAMOS was pulled over by Auburn Hills, MI, Police. Border Patrol Agents arrived on scene following a request from Auburn Hills Police for assistance to identify a subject. LOPEZ-RAMOS stated to the officer and agents that his name was Pedro ESPINOSA-RAMOS. LOPEZ-RAMOS freely stated to Border Patrol Agents that he was illegally present in the United States and that he was a citizen of Mexico. LOPEZ-RAMOS was transported to the Detroit Border Patrol Station for processing. His prior order of

removal was reinstated.

19. Jose Manuel LOPEZ-RAMOS's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that LOPEZ-RAMOS is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that LOPEZ-RAMOS legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

20. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

21. Review of the Alien File (A# xxx xxx 193) for Jose Manuel LOPEZ-RAMOS and queries in Department of Homeland Security databases confirm no record exists of LOPEZ-RAMOS obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 23, 2014.

22. Based on the above information, I believe there is probable cause to conclude that Bernardino LOPEZ-RAMOS, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in

violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

Dated: December 15, 2023